■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WERNER SCHMIDT, Appellant. [711 NYS2d 910] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Klein, J.), rendered October 21, 1998, convicting him of driving while intoxicated, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Joy, Thompson, Goldstein and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VALENTIN SORTO, Appellant. [711 NYS2d 911] —Appeal by the defendant from a judgment of the County Court, Nassau County (Calabrese, J.), rendered August 24, 1998, convicting him of murder in the second degree, assault in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendants' remaining contentions are either unpreserved for appellate review or without merit. Joy, J. P., Thompson, Krausman and Goldstein, JJ., concur.